996

No. 85-651.  LEPMAN *v.* NEW JERSEY RACING COMMISSION. Super. Ct. N. J., App. Div.  Certiorari denied.

No. 85-676.  BOCK *v.* NEW YORK ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 85-679.  WENDOLKOWSKI *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 85-5048.  CHILDRESS *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 85-5091.  MASIELLO *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 85-5115.  JORDAN *v.* UNITED STATES DEPARTMENT OF STATE.  C. A. D. C. Cir.  Certiorari denied.

No. 85-5154.  GOODLATAW, PERSONAL REPRESENTATIVE FOR THE ESTATE OF GOODLATAW *v.* ALASKA ET AL.  Sup. Ct. Alaska. Certiorari denied.

No. 85-5216.  SMITH *v.* MASCHNER, DIRECTOR, KANSAS STATE PENITENTIARY.  Sup. Ct. Kan.  Certiorari denied.

No. 85-5286.  DANIELS *v.* PAPASAN ET AL.  C. A. 5th Cir. Certiorari denied.

No. 85-5288.  QUAN YOUNG ET AL. *v.* IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 5th Cir.  Certiorari denied.

No. 85-5299.  CROOKS *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 85-5418.  ELMORE *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 85-5471.  HOWELL *v.* MARYLAND.  Ct. Sp. App. Md. Certiorari denied.

No. 85-5489.  SEARCY *v.* GREER, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 85-5494.  THORNE *v.* WEST VIRGINIA.  Sup. Ct. App. W. Va.  Certiorari denied.